FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 06 2025

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

EMERSON GUEVARA

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-0805

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  Beginning on or about May 13, 2025 in Cobb County, in the Northern District of Georgia, defendant(s) did, transmit interstate communications containing threats to injure the person of another.

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Joshua Floyd*
Signature of Complainant
Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| August 6, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*J. Elizabeth McBath*
Signature of Judicial Officer

AUSA Stephanie Smith

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Aug 06 2025
KEVIN P. WEIMER, Clerk
By: s/ Neethu Varghese
Deputy Clerk